## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Richard S. Thiessen, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1080 C.D. 2017 |
| | : | |
| Unemployment Compensation | : | |
| Board of Review, | : | |
| Respondent | : | |

## **O R D E R**

NOW, March 5, 2018, upon consideration of petitioner's application for reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge